IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE KAW NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00934L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for extension of time for Defendant to file its Answer or otherwise respond to the Complaint. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Defendant shall have to and including April 13, 2007, within which to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ______________________________

______________________________
HON. FRANCIS M. ALLEGRA
United States Court of Federal Claims