IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION, OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-934-L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), the parties respectfully make this Joint Motion for Enlargement of Time to and including July 16, 2007, within which to file the Joint Preliminary Status Report (JPSR), as required by Appendix A of RCFC and by the Court's Minute Order dated April 30, 2007. The JPSR is presently due June 25, 2007. This Joint Motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. Defendant filed an Answer to the Amended Complaint on April 30, 2007, and upon filing the Answer, the Court issued a Minute Order requiring the parties to file the JPSR on June 25, 2007.

2. The parties need additional time so that their counsel can complete their discussions about the requisite provisions of Appendix A of the RCFC and about their document and data needs and so that the counsel can complete their drafting of the JPSR, exchange drafts, review those drafts with each other and with Plaintiff and the principally affected federal agencies (Departments of the Interior and of the Treasury). Defendant's

counsel have been and continue to be preoccupied with other Tribal trust accounting and trust mismanagement cases, including a number of the 56 cases currently pending before this Court.

3. The granting of this Joint Motion will not have any adverse effect on the rights and interests of the parties herein. However, the denial of the joint motion will impair the parties' ability to prepare a complete and comprehensive JPSR and provide the Court with full and adequate information about the case.

WHEREFORE, the parties jointly and respectfully request that their Joint Motion for Enlargement of Time Within Which to File Joint Preliminary Status Report be GRANTED, to and including July 16, 2007.

s/ Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Counsel of Record
Timothy M. Larason, OBA #5239
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17317
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

ATTORNEYS FOR PLAINTIFF
KAW NATION, OKLAHOMA

RONALD J. TENPAS
Acting Assistant Attorney General

s/ Martin J. LaLonde
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 2004-0663
Telephone: 202/305-0247
Fax: 202/353-2021
ATTORNEYS FOR DEFENDANTS

200397.2