IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION, OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-CV-934-L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time Within Which to File Joint Preliminary Status Report. Upon consideration of the motion and for good cause shown, IT IS HEREBY ORDERED that:

1. The parties' joint motion should be and hereby is GRANTED;

2. The parties shall have to and including July 16, 2007, within which to file the Joint Status Report.

IT IS SO ORDERED.

Date: ____________________

____________________________________
The Honorable Francis M. Allegra
United States Court of Federal Claims