# In The United States Court of Federal Claims

No. 06-934L

(Filed: June 26, 2007)

THE KAW NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 25, 2007, the parties filed a joint motion for an enlargement of time of 21 days, to and including July 16, 2007, within which to file their joint preliminary status report. The motion is hereby **GRANTED**. On or before July 16, 2007, the parties shall file their joint preliminary status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge