# In The United States Court of Federal Claims

No. 06-934L

(Filed: August 29, 2007)

THE KAW NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The telephonic preliminary status conference that was originally scheduled for August 29, 2007, has been rescheduled for Tuesday, September 11, 2007, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge