# In the United States Court of Federal Claims

No. 06-934L
Filed: September 28, 2007

| | |
|---|---|
| Kaw Nation, Oklahoma | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S SUBMISSION OF PROPOSED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER AND RECORD RETENTION ORDER**

COMES NOW the Plaintiff, the Kaw Nation, Oklahoma ("Tribe"), pursuant to this Court's request at the telephonic status conference on September 11, 2007, directing the parties to confer regarding the submission of a proposed order on the issue of confidentiality agreement, protective order, and record retention order, and states as follows:

1. Pursuant to the Court's directive, counsel for the parties have conferred regarding the content of a proposed Confidentiality Agreement and Protective Order and Record Retention Order ("Orders").

2. The parties are unable to reach an agreement on the language to be utilized in the Orders.

   a. The United States submitted proposed Orders to the Tribe which did not contain mutually acceptable language.

   b. The Tribe suggested the use of the Orders entered in *Navajo Nation v. United States*, No. 06-945L as a foundation for negotiations.

3. Accordingly, the Kaw Nation asks the Court to enter the proposed Orders submitted by the Tribe which are substantially similar to those Orders entered by this Court in *Navajo*. Only those items particular to the Navajo case have been changed.

Respectfully submitted this 28th day of September 2007.

_s/Michael D. McMahan_____
Kennis M. Bellmard II, OBA #13965
Counsel of Record
Timothy M. Larason, OBA #5239
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17317
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

ATTORNEYS FOR THE PLAINTIFF
KAW NATION, OKLAHOMA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Terry Petrie and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

s/ Michael D. McMahan

202905.1