IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-cv-00934 L<br>Judge Francis M. Allegra |

**DEFENDANT'S NOTICE OF FILING IT'S**
**PROPOSED CHANGES TO PLAINTIFF'S PROPOSED**
**CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

On September 11, 2007, the Court conducted the preliminary scheduling conference pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims. During the conference the Court instructed the parties to propose a joint confidentiality agreement and protective order. The parties were to submit separate proposals if they could not agree. Plaintiff has expressed its intent to propose the same order that the Court entered in Navajo Nation v. United States, No. 06-cv-00945 L. Defendant's Exhibit (Def. Exh.) 1.

Defendant submits herewith its changes to the proposed confidentiality agreement and protective order. Defendant's changes are set forth in "redlined" and "clean" versions of the proposed order, for the Court's ease and convenience of reference. Def. Exhs. 2 and 3. The most significant change proposed by Defendant excises provisions proposed by Plaintiff that would govern discovery-related events. See, Def. Exh. 1 at ¶¶ 3, 4, 5, 7, 9, 17, and 18. Those matters belong in separate discovery-related orders or agreements otherwise reached between the parties, not in a confidentiality agreement and protective order.

Dated: September 28, 2007

Respectfully submitted,
RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S NOTICE OF FILING IT'S PROPOSED CHANGES TO PLAINTIFF'S PROPOSED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** was served on September 28, 2007, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE