IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-cv-00934 L<br>Judge Francis M. Allegra |

**KAW NATION'S MOTION TO CHANGE RECORD REVIEW SITE TO PAWNEE AGENCY OFFICE (BIA)**

Pursuant to Section 6(b) of the October 24, 2007 Document Preservation Order ("DPO") entered in this case, Kaw Nation, a federally recognized Indian Tribe, respectfully requests the permission of the Court to modify the record review site specified at Section 2(a) of the DPO from the Gallup BIA (Bureau of Indian Affairs) Warehouse in Gamerco, New Mexico ("Gamerco") to the Pawnee Agency Office BIA in Pawnee, Oklahoma ("Pawnee").

1. On September 11, pursuant to the court's directive at a joint status conference, the parties were directed to attempt to negotiate a mutually agreeable DPO. The parties were largely unsuccessful in this regard.

2. On October 24, the Court entered a Document Preservation Order utilizing the Order issued in the Navaho Nation v. United States of America, Case No. 06-945L.

3. In using the Navaho order as a model, the record review site was inadvertently left unchanged, i.e. the entered order uses Gamerco, New Mexico instead of the logical location in Oklahoma, which would be the BIA facility at Pawnee, Oklahoma.

4. Pursuant to a conversation with the court in October indicating a need to modify

the entered Order only to specifically reflect the correct record review site, Kaw Nation respectfully requests the October Order to be changed only as to the references to Gallup BIA Warehouse in Gamerco, New Mexico which will be changed to Pawnee Agency Office, Pawnee Oklahoma.

5. Attached please see Exhibit A which reflects the Plaintiff's requested modifications.

Dated this 21st day of December, 2007.

Respectfully Submitted,

s/ Kennis M. Bellmard II
KENNIS M. BELLMARD II, OBA #13965
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
Attorney of Record for Plaintiff
kmbellmard@andrewsdavis.com

OF COUNSEL:

TIMOTHY M. LARASON, OBA #5239
MICHAEL D. MCMAHAN, OBA #17317
SANDRA B. HARRISON, OBA #18647
JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **KAW NATION'S MOTION TO CHANGE RECORD REVIEW SITE TO PAWNEE AGENCY OFFICE (BIA)** was served on December 21, 2007, by Electronic Case Filing, on the following counsel:

TERRY M. PETRIE
Attorney of Record
Environment & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment & Natural Resources Division
PO Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

s/ Kennis M. Bellmard II
KENNIS M. BELLMARD II