# KAW NATION INDEX TO DECLARATIONS AND ATTACHMENTS

## I. DEPARTMENT OF INTERIOR

DECLARATION OF SHANI WALKER, December 21, 2007

Exhibit A — Memorandum to Bureau of Indian Affairs/OST with attachments, October 25, 2007

Exhibit B — Memorandum from Lawrence J. Jensen, March 12, 2007

Exhibit C — Smyth Memorandum with attachments, November 20, 2007

Exhibit D — Letter from Indian Tribal Trust Litigation Office, December 7, 2007

Exhibit E — Memorandum from Indian Tribal Trust Litigation Office, December 18, 2007

DECLARATION OF BRUCE W. MAYTUBBY, December 20, 2007

Exhibit A — Jensen Memorandum with attachments, March 12, 2007

Exhibit B — Record of Action, November 1, 2007

Exhibit C — Email from Bob Harnage, Re: Employee Retention Reminder, December 12, 2007

Exhibit D — Email from Bruce W. Maytubby, Re: Records Retention Order Requirement, December 12, 2007

DECLARATION OF RICHARD P. FIELITZ, JR., December 14, 2007

DECLARATION OF SCOTT MACPHERSON, December 20, 2007

Exhibit A — Email from Scott MacPherson, Re: Records Retention Order, December 20, 2007

DECLARATION OF BRIAN B. MCCAULEY, December 20, 2007

Exhibit A — Email from Brian McCauley, Re: Records Retention Order, December 17, 2007

**II. DEPARTMENT OF TREASURY**

DECLARATION OF LACHLAN W. SEWARD, December 6, 2007

Exhibit A — Declaration of Debby Diener, April 23, 2004

Status Report on the U.S. Department of Treasury's Compliance Mechanisms for *The Pueblo of Laguna v. United States*

Exhibit B — Defendant's Supplemental Status Report Describing Compliance with the March 19, 2004 Order; Treasury Excerpts

Tab B-1 — Declaration of Richard L. Gregg, March 4, 2005

Tab B-2 — Declaration of Anne M. Meister, March 17, 2005

Tab B-3 — Declaration of Rory D. Schultz, February 28, 2005

Exhibit C — Memorandum from General Counsel David D. Aufhauser, Re: Identification and Retention of Tribal Trust Fund Records, March 29, 2002

Exhibit D — Department of Treasury Employee Retention Reminder, August 6, 2007

Exhibit E — Department of Treasury Employee Retention Reminder, August 27, 2007

Exhibit F — Department of Treasury Employee Retention Reminder, August 29, 2007

Exhibit G — Letter from Sharon King to Thomas E. Mills, September 13, 2007

| | |
|---|---|
| Exhibit H | Reminder from Vicki Thorpe to Stephen Cooper, August 21, 2007 |
| Exhibit I | Letter from Margaret Marquette to Mary H. Karr, November 5, 2007 |
| Exhibit J | Letters from Michael Mackay to Stephen Herndon of Bank of America, November 7, 2007 |
| | Letter from Michael Mackay to Elaine Friedman of Mellon Bank, November 7, 2007 |
| Exhibit K | Letter from Ronald G. Cymbor to Michael Stenger of the U.S. Secret Service, November 7, 2007 |
| Exhibit L | Financial Management Service, BAM Excerpt |

**III. EVIRONMENTAL PROTECTION AGENCY**

DECLARATION OF BEN J. HARRISON, December 17, 2007

| | |
|---|---|
| Exhibit A | Environmental Protection Agency Region 6 Employee Retention Reminder, December 17, 2007 |
| Exhibit B | Email re: Document Preservation Order, October 17, 2007 |

**IV. NATIONAL ARCHIVES RECORDS ADMINISTRATION**

DECLARATION OF JASON R. BARON, December 20, 2007

| | |
|---|---|
| Tab A | National Archives Records Administration Notice, Re: Identification and Retention of Tribal Trust Fund Records, December 20, 2007 |
| Tab B | National Archives Records Administration Notice, Re: Tribal Trust Cases, December 20, 2007 |
| Tab C | National Archives Records Administration Notice, Re: Identification and Retention of Tribal Trust Fund Records, December 3, 2007 |