IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **KAW NATION,** Plaintiff | ) | **Case No. 06-cv-00934** |
| v. | ) | **Declaration of Scott Macpherson** |
| **UNITED STATES of AMERICA,** Defendant | ) | |

I, Scott Macpherson, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am the Deputy Assistant Director, for Information Resources Management at the Bureau of Land Management (BLM), a position I have held since August 2006. My responsibilities include managing the day to day operations for the Information Resources Management (IRM) Directorate. I am responsible for the oversight, management, and coordination of all Indian Trust issues related to BLM's Information Technology (IT) programs and the implementation of applicable Department of Interior (DOI) policies and directives. BLM's IT programs conduct backup and recovery activities for electronic data processing applications and electronic mail operations. These functions serve approximately 11,000 BLM staff located across the United States in multiple locations.
2. I am familiar with *Kaw Nation* v. *United States*. BLM currently provides technical services that support the management of mineral resources to the Kaw Nation. Some technical services include drainage reviews, drilling permits, and inspections. BLM works with the Bureau of Indian Affairs to provide Pre-leasing support, communitization agreements, and unit agreements in support of the Kaw Nation mineral activities. BLM exercises due diligence in retaining and scheduling all records that support this activity.

3. I have designated Paulette Sanford as BLM's Record Retention Order (RRO) Compliance Coordinator ("CC") for this lawsuit. Prior to appointing Ms. Sanford, I was the initial participant in discussions concerning overall compliance matters related to this Court's Order. I understand that Ms. Sanford's responsibilities as the RRO CC will be to serve as a liaison between the BLM and the Indian Trust Litigation Office (ITLO). She will also be responsible for gathering the information across the Bureau, and will respond to Court directives or issues on as urgent as possible basis. Paulette Sanford is the Information Resources Management, Indian Trust Program Manager. She has held that position since October 2006.
4. In April 2007, BLM received a Memorandum dated March 12, 2007, signed by Larry Jensen, Deputy Solicitor, which was addressed to all Interior offices and bureaus and directed those offices and bureaus to, among other things, preserve information potentially relevant to any tribal trust litigation, including but not limited to this case. The Memorandum identified common issues in tribal trust cases and directed the continued preservation of electronic and paper records potentially relevant to these cases.
5. On November 20, 2007, BLM received a copy of the October 24, 2007 Record Retention Order issued in this case, from the Solicitor's Office
6. On December 6, 2007, BLM participated in a teleconference with the Solicitor's Office and other RRO CCs from throughout Interior, in which additional compliance measures were discussed. On December 7, 2007, BLM received a copy of a memorandum from the Solicitor's Office memorializing the points raised in that teleconference. BLM then met with senior level management via teleconference on December 13, 2007 to notify them of the protection order.
7. On December 18, 2007, BLM received a draft guidance memorandum from the Solicitor's Office that proposed additional measures, and requested responses from all RRO CCs on or before January 4, 2008. In response, BLM conducted a teleconference on December 20, 2007 with Bureauwide Information Technology managers and State Office Records Administrators and discussed compliance and development of an action plan to monitor compliance to the RRO.

8. In response to the copy of the memorandum received from the Solicitor's Office and in conjunction with the teleconferences of December 6 and 20, 2007, I issued a Bureauwide email to all employees informing them of the nature of the RRO, the relevant issues, the procedures to follow at that time, and the importance of adhering to the RRO. The RRO will be distributed to all employees on an immediate basis. Further instructions, policies, and procedures related to compliance with the RRO will follow. A true and correct copy of my email is attached hereto as Exhibit A.

9. In addition, I will require staff members direct any questions about records either to me, or to Paulette Sanford. I will also require that staff members promptly report any suspected incidents of destruction of Relevant Records to me. I immediately will report any such incidents to the Solicitor's Office, and will refer any questions regarding compliance with the Court's Order there, as well. I understand that further guidance may be issued from time to time by the Solicitor's Office on these compliance matters, and I am prepared to fully implement all such guidance, as well.

Executed on December 20, 2007.

Scott S. MacPherson

Scott Macpherson