IRM

Scott MacPherson/WO/BLM/DOI
12/20/2007 02:49 PM

To Laura Nelson/NOC/BLM/DOI, Les Rice/NCS/BLM/DOI
cc Paulette L Sanford/WO/BLM/DOI@BLM
bcc
Subject Records Retention Order Notification

**Enterprise Mail Administrators: Pls distribute this to all BLM email recipients on an immediate basis.**

**URGENT REQUEST: PLEASE READ AND DISTRIBUTE TO ANY EMPLOYEES, CONTRACTORS, AND VOLUNTEERS BY DECEMBER 22, 2007.**

This email provides written notice concerning eight tribal cases in which Records Retention Orders ("RROs") have been entered in the United States Federal Claims Court, Washington D.C. The affected Trustee's are the Navajo Nation, Jicarilla Apache Nation, Pueblo of Laguna, Quechan Tribe, Swinomish Indian Tribal Community, Pawnee Nation of Oklahoma, Kaw Nation, and Round Valley Indian Tribes.

At this time, we need to know whether any employee, office, or location in BLM has any such "Relevant Information" for any of these Trustee's. Please establish and identify one Records Retention Order Coordinator (RROC) within each State or Center and have that designee respond to Paulette Sanford, WO-500, providing their name as the RROC. Additionally, please provide whether positively or negatively in a manner such as: "this Office does hold information relevant to "x" Tribe/Nation" or "this Office does not" by noon (ET) on **December 28, 2007** responses indicating the occurrence of "Relevant Information." Additionally, please distribute a copy of this email to all employees, contractors, and volunteers who do not receive email and have them report the information requested herein to your designated RROC by that deadline.

Offices or locations that have already been contacted by the Solicitor's Office about one or more of these eight tribal cases need only respond in a manner such as: "yes, we do have documents, and we know about the RRO compliance requirements." Please note that no documents need to be produced at this time. The Bureau simply needs to know which locations have any relevant information for any one or more of these eight Tribes or Nations.

The scope of the information covered by these RROs is very broad. It includes all "documents, data and tangible things" that refer to or relate to the management of, or accounting for, any Indian Trust assets, whether monetary or non-monetary. To simplify compliance with these RROs, it is not necessary to distinguish between tribal and allottee lands for these purposes, but instead, consider all land and resource-related information attributable to a Tribe/Nation or to its respective members to be covered by the preservation requirements of these RROs. These preservation requirements also exist on the basis of preexisting BLM and Departmental preservation policies.

Thank you for your cooperation.

Scott E. MacPherson
BLM WO-500, Deputy AD
202-208-4602 (work)
202-997-3570 (cell/blackberry)
202-208-5902 (fax)