**Ben Harrison/R6/USEPA/US**
12/17/2007 04:05 PM

To Lawrence Starfield/R6/USEPA/US@EPA, Lynda Carroll/R6/USEPA/US@EPA, John Blevins/R6/USEPA/US@EPA, Sam
cc Charles Sheehan/R6/USEPA/US@EPA, Becker.Sam@epa.gov@EPA, William Honker/R6/USEPA/US@EPA,
bcc Michael Boydston/R6/USEPA/US
Subject Document Preservation Order

Please distribute the following to all staff who might handle relevant documents:

EPA Region 6 has been identified by the Department of the Interior as potentially possessing documents responsive to orders (see attached) issued by the Court of Federal Claims in *Kaw Nation of Oklahoma v. United States*, No. 06-934L, on October 24, 2007, and in *Pawnee Nation of Oklahoma v. United States*, No. 07-002L, on October 26, 2007. These orders contain similar requirements to the effect that the United States take reasonable steps to preserve all documents, data, or tangible things in its possession, custody, or control containing information relevant to or reasonably calculated to lead to the discovery of evidence relevant to the litigation. Accordingly, **until further notice, please retain all documents, data, and tangible things, including duplicates, emails, and voice mails, that relate to the following subjects:**

- The receipt, investment, or disbursement of trust funds belonging to the Kaw Nation of Oklahoma or the Pawnee Nation of Oklahoma
- Exercise of the United States' trust responsibilities toward the Kaw Nation of Oklahoma or the Pawnee Nation of Oklahoma
- Treaties, settlements, and other contractual agreements between the United States and the Kaw Nation of Oklahoma
- Treaties, settlements, and other contractual agreements between the United States and the Pawnee Nation of Oklahoma
- Any other documents relating to trust resources of the Kaw Nation of Oklahoma or of the Pawnee Nation of Oklahoma, or to actions of the United States affecting those resources.

At this point we are only being requested to retain these documents, so you do not yet need to collect or produce such documents. We may be required to produce them in the future.

If you learn or believe that any materials subject to this request have been lost or destroyed or if you have any questions, please contact Ben Harrison (harrison.ben@epa.gov or extension 2139) immediately. Thank you for your assistance in compliance with these Court Orders.

10-24-07 Kaw Nation (CFC) Document Preservation Order.pdf

10-26-07 Pawnee Nation CFC Amended Document Preservation Order.pdf

Ben J. Harrison
Deputy Regional Counsel
US EPA, Region 6
(214) 665-2139

This e-mail may contain material that is confidential, privileged or attorney work product.

Ben Harrison/R6/USEPA/US
12/17/2007 04:10 PM

To Suzanne Murray/R6/USEPA/US@EPA, Peycke.Mark@epa.gov@EPA, Sykes.Terry@epa.gov@EPA,
cc Charles Sheehan/R6/USEPA/US@EPA, Boydston.Michael@epa.gov@EPA
bcc
Subject Fw: Document Preservation Order

Please make sure all your staff than handle any issues related to Kaw or Pawnee Tribes see the attached and comply. Thanks.

Ben J. Harrison
Deputy Regional Counsel
US EPA, Region 6
(214) 665-2139

This e-mail may contain material that is confidential, privileged or attorney work product.
----- Forwarded by Ben Harrison/R6/USEPA/US on 12/17/2007 04:08 PM -----

Ben Harrison/R6/USEPA/US
12/17/2007 04:05 PM

To Lawrence Starfield/R6/USEPA/US, Lynda Carroll/R6/USEPA/US, John Blevins/R6/USEPA/US, Sam Coleman/R6/USEPA/US, Carl Edlund/R6/USEPA/US, David Gray/R6/USEPA/US, Jonathan Hook/R6/USEPA/US, Miguel Flores/R6/USEPA/US
cc Charles Sheehan/R6/USEPA/US@EPA, Becker.Sam@epa.gov@EPA, William Honker/R6/USEPA/US@EPA, Gilrein.Stephen@epa.gov@EPA, diggs.thomas@epa.gov@EPA, William Luthans/R6/USEPA/US@EPA, Paulette Johnsey/R6/USEPA/US@EPA, Deborah Ponder/R6/USEPA/US@EPA, Pam Phillips/R6/USEPA/US@EPA, murray.suzanne@epa.gov
Subject Document Preservation Order

Please distribute the following to all staff who might handle relevant documents:

EPA Region 6 has been identified by the Department of the Interior as potentially possessing documents responsive to orders (see attached) issued by the Court of Federal Claims in *Kaw Nation of Oklahoma v. United States*, No. 06-934L, on October 24, 2007, and in *Pawnee Nation of Oklahoma v. United States*, No. 07-002L, on October 26, 2007. These orders contain similar requirements to the effect that the United States take reasonable steps to preserve all documents, data, or tangible things in its possession, custody, or control containing information relevant to or reasonably calculated to lead to the discovery of evidence relevant to the litigation. Accordingly, **until further notice, please retain all documents, data, and tangible things, including duplicates, emails, and voice mails, that relate to the following subjects:**

- The receipt, investment, or disbursement of trust funds belonging to the Kaw Nation of Oklahoma or the Pawnee Nation of Oklahoma
- Exercise of the United States' trust responsibilities toward the Kaw Nation of Oklahoma or the Pawnee Nation of Oklahoma
- Treaties, settlements, and other contractual agreements between the United States and the Kaw Nation of Oklahoma
- Treaties, settlements, and other contractual agreements between the United States and the

Pawnee Nation of Oklahoma
- Any other documents relating to trust resources of the Kaw Nation of Oklahoma or of the Pawnee Nation of Oklahoma, or to actions of the United States affecting those resources.

At this point we are only being requested to retain these documents, so you do not yet need to collect or produce such documents. We may be required to produce them in the future.

If you learn or believe that any materials subject to this request have been lost or destroyed or if you have any questions, please contact Ben Harrison (harrison.ben@epa.gov or extension 2139) immediately. Thank you for your assistance in compliance with these Court Orders.

10-24-07 Kaw Nation (CFC) Document Preservation Order.pdf

10-26-07 Pawnee Nation CFC Amended Document Preservation Order.pdf

Ben J. Harrison
Deputy Regional Counsel
US EPA, Region 6
(214) 665-2139

This e-mail may contain material that is confidential, privileged or attorney work product.