**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE KAW NATION OF OKLAHOMA,** **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-934 L** **Judge Francis M. Allegra** |
| **THE UNITED STATES,** **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time to respond to the plaintiff's "Kaw Nation's Motion to Change Record Review Site to Pawnee Agency Office (BIA)" ("Motion"). Docket (Dkt.) # 24.[1/] Defendant's response is due January 7, 2008, and we seek an extension of 11 days until January 18, 2008. There have been no other enlargements of time for this response. Counsel for defendant has conferred with counsel for plaintiff who has indicated that plaintiff opposes the requested extension.

Defendant seeks the enlargement of time because undersigned counsel has not been able to work upon a response to the motion filed by plaintiff. Plaintiff's Motion was filed on December 21, 2007. Except for today,[2/] defendant's counsel has been out of the office on leave since December 24, 2007, and will resume his leave status beginning tomorrow, January 1, 2008, through January 6, 2007. Further, defendant's counsel will be on travel from January 8, 2008, through January 11, 2008, to Alabama for ADR-related matters in OSI v. United States,

---

[1/] Cf., "Defendant's Opposed Motion and Supporting Memorandum to Modify Document Preservation Order." Dkt. # 23.

[2/] Although the substantive work was previously completed, undersigned counsel did attend also to the filing of "Defendant's Notice of Filing Status Report Describing Record Retention Order Compliance Mechanisms" (Dkt. #25) in this case on December 26, 2007 while on leave.

No. 04-1210 L. Moreover, because of unavailability of agency personnel during the past week with the holidays, counsel for defendant has not been able to discuss and coordinate fully a position by the United States in response to plaintiff's Motion.

For the reasons stated above, defendant respectfully requests the Court grant this motion for an enlargement of time to January 18, 2008.

Dated: December 31, 2007

Respectfully submitted,
RONALD J. TENPAS
Assistant Attorney General

*s/ Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME** was served on December 31, 2007, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE