**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **THE KAW NATION OF OKLAHOMA,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant.** | **Case No. 06-934 L**<br>**Judge Francis M. Allegra** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time to reply to the plaintiff's "Kaw Nation's Response to Defendant's Motion to Modify Document Preservation Order" ("Response"). Docket (Dkt.) # 27. Defendant's reply is due January 14, 2008, and we seek an extension of 4 days until January 18, 2008. There have been no other enlargements of time for this reply. Counsel for defendant has conferred with Kennis Bellmard, counsel for plaintiff, who has indicated that plaintiff does not oppose the requested extension.

Defendant seeks the enlargement of time for two reasons.

1. For the reasons set forth in "Defendant's Motion for an Enlargement of Time"[1/] (Dkt. #26) to file an opposition to plaintiff's "Kaw Nation's Motion to Change Record Review Site to Pawnee Agency Office (BIA)" ("Motion") (Dkt. # 24), undersigned counsel will not have time to work significantly or coordinate fully with counsel for the various federal agencies on a reply to plaintiff's Response for much of the time until the week of January 14, 2008. Plaintiff's Response was filed yesterday on January 2, 2008. Counsel for defendant is on leave through

[1/] The Court granted this motion. See order filed January 2, 2008 (granting defendant until January 18, 2008, to file a response).

January 6, 2007. Further, defendant's counsel will travel out of the office from January 8, 2008, through January 11, 2008, to Alabama for ADR-related matters in OSI v. United States, No. 04-1210 L.

2. The parties' respective motions to change the document preservation order (Dkt. ## 23 and 24) reveal the intertwined or overlapping nature of the issues. Granting Defendant's motion would consolidate and set forth the United States's positions for this round of filing in one document instead of two separate filings.

For the reasons stated above, defendant respectfully requests the Court grant this motion for an enlargement of time to January 18, 2008.

Dated: January 3, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

*s/ Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** was served on January 3, 2008, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE