# DEFENDANT EXHIBIT 1

**U.S. Department of Justice**

Environment and Natural Resources Division

*Terry M. Petrie, Attorney*
*Denver Field Office*
*1961 Stout Street, 8th Floor*
*Denver, CO 80294*

*Telephone (303) 844-1369*
*Facsimile (303) 844-1350*

November 28, 2007

**BY E-MAIL AND FACSIMILE (405-235-8786)**

Kennis Bellmard, III
Andrews Davis
100 N Broadway, Suite 3300
Oklahoma City, OK 73102

Re: Kaw Nation of Oklahoma v. United States, Civ. No. 06-934 L (Fed. Cl.) (Judge Allegra) – Existing Indices and Inventories

Dear Ken:

I write to address a matter called out in the document preservation order (Order) issued by the Court in this case on October 24, 2007. Paragraph 2(b) directs the Defendant to provide Plaintiff "any and all existing indices and inventories that include the inactive records referenced in paragraph 2(a) . . . ." within 35 days of entry of the Order.

The Order, however, incorrectly specifies actions that pertain to records located at places associated with the Navajo Tribe and not the Kaw Nation. As you know, I await your consent to file a proposed joint motion to correct certain apparent discrepancies in the Order, one of which concerns paragraph 2(a). The proposed motion would ask the Court to modify that provision to specify locations associated with the Kaw Nation, i.e., the Southern Plains Regional BIA Office, Anadarko, Oklahoma, and the Pawnee Agency BIA Office, Pawnee, Oklahoma.

In an effort to cooperate with the Plaintiff and to meet what I believe is the spirit of the Order as it currently reads, I have been informed that the volume of the inactive records located at the Southern Plains Regional BIA Office or the Pawnee Agency BIA Office for the Kaw Nation is minimal and that no indices or inventories exist.

Please call if you wish to discuss or have questions.

Sincerely,

Terry M. Petrie

Terry M. Petrie
Trial Attorney