# In The United States Court of Federal Claims

No. 06-934L

(Filed: February 1, 2008)

THE KAW NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Friday, February 15, 2008, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge