# In The United States Court of Federal Claims

No. 06-934L

(Filed: February 19, 2008)

THE KAW NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 24, 2007, the court issued a document preservation order in this case. On December 17, 2007, defendant filed a motion to amend or correct this order. On December 21, 2007, plaintiff filed a motion to change the record review site to Pawnee Agency Office of BIA. As a result, the parties have been responding and replying to two separate, yet related, motions.

On February 15, 2008, a status conference was held in this case to discuss the pending motions. After reviewing the motions, defendant's motion is **GRANTED,** in part, and **DENIED,** in part, and plaintiff's motion is **GRANTED**. Accordingly:

1. Paragraph 2(a) is hereby modified to read as follows:

> Defendant shall maintain Relevant Records that, as of the date of this order, are inactive as defined by the Department of Interior (Interior) Manual Part 303, Chapter 6, are presently located at the Southern Plains Regional Office (BIA), Anadarko, Oklahoma, and Pawnee Agency Office (BIA), Pawnee, Oklahoma, or such other location as may be agreed upon by the parties, at which location(s) such records shall be made available to plaintiff for purposes of inspection. At least 10 calendar days before movement of the records from their present locations to such other location as may be agreed upon by the parties, defendant will provide plaintiff with an intermediate move plan or plans, which shall include: an implementation schedule; a description or inventory of the records being moved; the method of transportation; the

chain of custody; and the signature of the official responsible for the move. The move process may be monitored by plaintiff or its representative.

2. Paragraph 2(b)(iii) is hereby modified to read as follows:

Within 63 days after the date on which plaintiff designates the boxes it wishes to inspect, defendant will begin to make available, on a rolling basis, the boxes from such office(s) for plaintiff's inspection at the Southern Plains Regional Office (BIA), Anadarko, Oklahoma, and Pawnee Agency Office (BIA), Pawnee, Oklahoma.

3. Paragraph 2(e) is hereby modified to read as follows:

Within such schedule as agreed to by the parties, defendant shall input into Interior's Box Inventory Search System (BISS) data identifying the boxes, files, and documents containing all Relevant Records located as of the date of this order at the AIRR; provide plaintiff access to the BISS database at the Oklahoma City, Oklahoma, office of the plaintiff's counsel and the AIRR; and make those records available for plaintiff's inspection at the AIRR.

4. In all other regards, defendant's motion is **DENIED**. The court reserves the right to modify these and other provisions in the document preservation order as circumstances warrant.

5. On or before, April 8, 2008, the parties shall file a joint status report discussing their compliance with the document preservation order. The court expects the parties to cooperate in good faith to resolve issues, recognizing that both parties have an interest in preserving documents here.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge