IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-00934 L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT REPORT REGARDING STATUS OF COMPLIANCE WITH DOCUMENT PRESERVATION ORDERS DATED OCTOBER 24, 2007, AND FEBRUARY 19, 2008**

Pursuant to the Court's document preservation orders ("DPOs") dated October 24, 2007, and February 19, 2008 (Dockets ("Dkts.") 22 and 36), Plaintiff and Defendant (collectively, "the parties") hereby submit the following report regarding the status of their compliance with the Orders.

A. Plaintiff

1. Any pertinent documents related to this matter under Plaintiff's control are located at Kaw Nation Tribal Headquarters located in Kaw City, Oklahoma. No inventories and indices exist.

2. Plaintiff received documents from Defendant in early 2007. Those records remain in the possession of Plaintiff's attorney at Andrews Davis in Oklahoma City, Oklahoma.

3. Plaintiff is in receipt of letters from the Defendant dated November 28, 2007 and February 27, 2008 regarding the locations and existing inventories and indices of documents that may be relevant or potentially relevant to Plaintiff's claims.

4. By letter dated April 3, 2008, Plaintiff informed Defendant that Plaintiff wishes to examine all documents contained in the inventories and indices sent by Defendant on February 27, 2008 for Relevant Records as defined by the Court's Document Preservation Order.

5. Plaintiff reasonably believes Defendant is in possession of additional documents which may be relevant to Plaintiff's claims.

6. By informing Defendant of the location of document which may be relevant and the letter dated April 3, 2008, Plaintiff has met its obligations under the Court's Document Preservation Order.

B. Defendant

1. Defendant has been and continues to be taking appropriate action to ensure compliance with the record retention-related requirements of the DPOs (Dkt. 22, ¶ 1; Dkt. 36). Defendant has attached declarations or reports from the appropriate employees or officials at the relevant federal agencies that have "documents, data, and tangible things" within the definition of the DPOs, describing the agencies' efforts to comply with the DPOs. See Exhibits 1-10. Among other things, the agency employees or officials state that they have not received any reports of destruction of "documents, data, or tangible things" that are subject to the DPOs. Id.

2. In addition to complying with the record retention-related requirements of the DPOs, Defendant has undertaken the following efforts in compliance with other components of the DPOs:

a. By letter of counsel dated November 28, 2007, Defendant provided timely

notice to Plaintiff of the status of any existing indices and inventories for records referenced in paragraph 2(a) of the DPO (Dkt. 22, ¶ 2(b)(I)).

b. Pursuant to Paragraph 4 of the DPO dated October 24, 2007 (Dkt. 22), Defendant filed on December 26, 2007, its statement of compliance with the DPO.

c. By letter of counsel dated February 27, 2008, Defendants provided timely notice to Plaintiff about the locations of document repositories and the associated existing indices and inventories, if any, as required by Paragraphs 3(a) and 3(b) of the DPO dated October 24, 2007 (Dkt. 22).

Respectfully submitted this 8th day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/Kennis M. Bellmard*
KENNIS M. BELLMARD, OBA #13965
DAVID POMEROY, OBA #7209
MICHAEL D. MCMAHAN, OBA #17317
SANDRA B. HARRISON, OBA #18647
JENNIFER HENSHAW MCBEE, OBA #19170
JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Facsimile: (405) 235-8786
Email: kmbellmard@andrewsdavis.com
Email: dpomeroy@andrewsdavis.com
Email: mdmcmahan@andrewsdavis.com
Email: sbharrison@andrewsdavis.com
Email: jhmcbee@andrewsdavis.com
Email: jvduffy@andrewsdavis.com
Attorneys for Plaintiff

*s/Terry M. Petrie*
TERRY M. PETRIE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Email: Terry.Petrie@usdoj.gov

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel: (202) 305-0241
Fax: (202) 353-2021
Email: Anthony.Hoang@usdoj.gov

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **JOINT REPORT REGARDING STATUS OF COMPLIANCE WITH DOCUMENT PRESERVATION ORDERS DATED OCTOBER 24, 2007, AND FEBRUARY 19, 2008** was served on April 8, 2008, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE