IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-00934 L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated January 25, 2008, Document No. (Doc. #) 30, Plaintiff and Defendants (the parties herein) submit the following joint status report regarding the status of alternative dispute resolution (ADR) in the above-captioned case.

1. On January 25, 2008, the Court referred this case to Senior Judge Eric Bruggink for conduct of the ADR process. Doc. #30.

2. On January 31, 2008, ADR Judge Bruggink scheduled a telephone conference for February 11, 2008, at 4 p.m., Eastern Standard Time (EST), which he later re-scheduled for February 19, 2008, at 10 a.m., EST. Docs. ## 33, 35.

3. During that February 19 conference, among other things, counsel for the parties informed ADR Judge Bruggink that the parties had filed motions to amend specific document location-related provisions of the Document Preservation Order (DPO) that had been issued by this Court on October 24, 2007 (Doc. # 22) and that those motions were pending. Further, Plaintiff's counsel announced Plaintiff's intent to amend its Complaint and he stated that Plaintiff would require additional discovery (formal or informal) before Plaintiff could make a good-faith effort to resolve its claims in this case through the ADR process.

4. ADR Judge Bruggink agreed, *inter alia,* that the initiation of the ADR process should await resolution of the DPO-related issues.

5. On February 19, 2008, this Court issued an Order (Doc. # 36) that modified the October 24, 2007 DPO (Doc. # 22).

6. On April 8, 2008, the parties filed a joint report regarding the status of their compliances with the DPOs dated October 24, 2007, and February 19, 2008. Doc. #38.

7. Plaintiff intends to seek leave to amend the Complaint.

8. Counsel for the parties intend to confer, in the next several weeks, about Plaintiff's request for discovery; the parties' plans or proposals regarding that request; and certain issues relating to Plaintiff's discovery request and the parties' plans or proposals (*e.g.*, document and data productions or inspection(s), pre-inspection privilege reviews, timing and scheduling, etc.). Counsel will inform this Court, as well as ADR Judge Bruggink, of any plans, proposals, and schedules that they develop and implement on the matter. Plaintiff contemplates beginning its document and data review process by no later than September 1, 2008.

Respectfully submitted this 18th of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

s/ Kennis M. Bellmard
KENNIS M. BELLMARD, OBA #13965
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
kmbellmard@andrewsdavis.com

Attorney of Record for Plaintiff

s/ Terry M. Petrie
TERRY M. PETRIE
Environment & Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

TIMOTHY M. LARASON, OBA #5239
MICHAEL D. MCMAHAN, OBA #17317
SANDRA B. HARRISON, OBA #18647
JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

OF COUNSEL:

ANTHONY P. HOANG
JARED PETTINATO
United States Department of Justice
Environment & Natural Resources Division

P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0203
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227