IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-00934 L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order issued on April 18, 2008, Plaintiff and Defendant (the parties herein) submit the following joint status report:

1. As this Court is aware, it referred this case this case to Senior Judge Bruggink on January 25, 2008, for alternative dispute resolution (ADR) proceedings, pursuant to the parties' request. Docket (Dkt.) #30.

2. In the last joint status report, which was filed on April 18, 2008, Plaintiff stated that it intended to seek leave to amend the Complaint further in this case and that it contemplated beginning its document and data review process by no later than September 1, 2008. Dkt. #39. Further, the parties stated that they intended to confer about Plaintiff's need for discovery; the parties' plans or proposals regarding that need; and certain issues relating to Plaintiff's discovery need and the parties' plans or proposals (*e.g.*, document and data productions or inspection(s), pre-inspection privilege reviews, timing and scheduling, etc.). *Id.* Additionally, the parties stated that they would inform this Court, as well as ADR Judge Bruggink, of any plans, proposals, and schedules that they develop and implement on the matter. *Id.*

3. Plaintiff continues to believe that it needs informal discovery so that it can obtain additional information to provide a basis for meaningful ADR proceedings. Defendant agrees that Plaintiff needs to inform itself, from documents, data, and other sources, including various documents and data within Defendant's possession, custody, and control, about the factual and legal bases of the trust fund and non-monetary trust asset mismanagement claims that it has alleged herein, so that the parties can advance the ADR process.

4. By letter of its counsel dated April 3, 2008, Plaintiff requested that Defendant make available for Plaintiff's review all documents "referred to" in the indices and inventories that Defendant had produced to Plaintiff on February 27, 2008, in compliance with Paragraphs 3(a) and 3(b) of the Document Preservation Order (DPO) dated October 24, 2007 (Dkt. 22), and modified on February 19, 2008 (Dkt. 36). The indices and inventories are of large collections of documents of the United States Department of the Treasury and the National Archives and Records Administration (NARA), at various locations in and outside of Oklahoma, and they contain numerous headings that describe types or categories of documents maintained by each agency in which relevant or potentially relevant documents relating to Plaintiff might be found. Because of the manners in which the agencies collect, organize, and catalog records, some headings do not refer to Plaintiff at all. Nonetheless, Plaintiff stated its belief that the documents "referred to" in the indices and inventories fell within the definition of "relevant records" under the DPO.

5. In response, Defendant stated its view that Plaintiff's request was extremely broad and unduly onerous because it amounted to a request for Defendant to produce and deliver thousands of documents, any number of which would have no relevance to Plaintiff's trust claims in this

case or its companion case in the United States District Court for the Western District of Oklahoma, to Oklahoma, where the documents could be made available for Plaintiff's inspection.

6. Plaintiff and Defendant have been and continue to be conferring to determine whether they can resolve the differences in their interpretations of Defendant's obligation under the DPO to provide the documents in the indices and inventories for Plaintiff's inspection in Oklahoma, without having to seek this Court's involvement.

7. On July 15, 2008, Plaintiff submitted to Defendant, via electronic and regular United States mail, an informal interrogatory and an informal request for production of documents. Based on Defendant's initial review, Plaintiff's informal discovery requests --- to the extent that they inquire about "all persons who have knowledge of any of the facts or allegations made in any party's pleadings in this case" and they request the production of "a description by category and location of all documents in [Defendant's] possession, custody, and control . . . which relate to the Plaintiff's trust funds" --- appear to be extremely broad, vague, and non-specific, and responding to them imposes an unreasonable and undue burden on Defendant. Nonetheless, Defendant is in the process of reviewing the informal discovery requests in greater detail and will confer with the counsel and program staffs of the requisite client agencies, including the Interior and Treasury Departments, to prepare the appropriate objections and responses to the requests.

8. Plaintiff anticipates beginning its document and data review process as soon as possible. The parties foresee a need for conferences about Plaintiff's informal discovery requests, including Plaintiff's request that all documents and data be made available to Plaintiff for review in Oklahoma and various matters relating thereto (*e.g.*, document and data productions or inspection(s), pre-inspection privilege reviews, timing and scheduling, etc.). The

parties intend to hold the first of such conferences on July 22, 2008. The parties will inform this Court, as well as ADR Judge Bruggink, as appropriate, of any plans, proposals, and schedules that they develop and implement on the foregoing and other issues.

Dated: July 18, 2008

*s/ Kennis M. Bellmard II,*
KENNIS M. BELLMARD II, OBA #13965
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
kmbellmard@andrewsdavis.com

Attorney of Record for Plaintiff

OF COUNSEL:

TIMOTHY M. LARASON, OBA #5239
MICHAEL D. MCMAHAN, OBA #17317
SANDRA B. HARRISON, OBA #18647
JACQUELYN V. DUFFY, OBA #21630
Andrews Davis, P.C.
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Tel: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Terry M. Petrie pursuant to written authorization provided on July 18, 2008*
TERRY M. PETRIE
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (202) 353-2021
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JARED PETTINATO
United States Department of Justice
Environment & Natural Resources Division
PO Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0203
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov
Jared.Pettinato@usdoj.gov

SHANI WALKER
JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217