IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KAW NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-00934 L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge Francis M. Allegra |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REPORT ON DOCUMENT PRESERVATION ORDER COMPLIANCE**

Defendant hereby provides notice regarding the Court's document preservation order ("DPO") as entered on October 24, 2007, Docket No. 22 (Dkt. No. 22), and modified on February 19, 2008, Dkt No. 36. In paragraph 4 of the DPO, this Court ordered the parties to "immediately notify this court if, at any time, they become aware of a violation of this order (*e.g.*, the destruction or loss of documents)." Nothing so dramatic as loss or destruction has occurred; instead, on July 30, 2008, the Department of the Interior realized that, in May 2008, the Office of the Special Trustee inadvertently transferred a small set of documents to the American Indian Records Repository (AIRR) in Lenexa, Kansas, in violation of DPO paragraph 2(a) as modified by this Court's February 19, 2008, Order. The Office of the Special Trustee sent to the AIRR three documents consisting of approximately twenty pages of Relevant Records as defined in the October 24 Order.

By a phone call on July 31, 2008, Defendant provided timely notice to Plaintiff of the document movement. It filed this document shortly thereafter. Defendant intends to investigate this incident further and will provide additional information soon.

Dated July 31, 2008

RONALD J. TENPAS
Assistant Attorney General

*/s/ Terry M. Petrie*
TERRY M. PETRIE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel: (303) 844-1383

Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

JARED S. PETTINATO
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0203
Tel: (202) 305-0241

SHANI N. WALKER
JOSHUA A. EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227