# EXHIBIT HF2

To OST_OEA

cc

Subject Fw: Tribal Litigation - Records Retention Orders - Kaw Nation of OK v. United States; Pawnee Nation of OK v. United States

1. Carrie Moore/OST/OS/DOI

10/29/2007 09:25 AM

Hi all -
Please be aware of this. The Kaw Nation is one of the tribes we work with on the appraisal program.
thanks.

___________________________

Carrie Moore
Office of External Affairs, Office of the Special Trustee
Office: (202) 208-3460
Cell: (202) 207-7109
Fax: (202) 208-7545

----- Forwarded by Carrie Moore/OST/OS/DOI on 10/29/2007 10:46 AM -----

John Marshall

10/26/2007

02:32 PM

To: OST_Sr_Mgr
cc:
Subject: Tribal Litigation - Records Retention Orders - Kaw Nation of OK v. United States; Pawnee Nation of OK v. United States

Attached are court orders which require OST and its contractors to undertake steps to produce and/or retain certain documents, data and tangible things pertaining to the Kaw Nation of Oklahoma and the Pawnee Nation of Oklahoma. Please review Judges Allegra and Braden's orders, inform your staff and contractors and initiate compliance immediately.

[attachment "Kaw & Pawnee RRO's.pdf" deleted]

John Marshall

Phone: 505-816-1096
Cell: 505-239-5423
Fax: 505-816-1380

Office of the Special Trustee for American Indians
Trust Program Management Center-Special Projects
4400 Masthead Street NE, Ste. 335
Albuquerque, NM 87109

# ATTACHMENTS OMITTED