# EXHIBIT HF4

United States Department of the Interior
OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS
4400 Masthead N.E.
Albuquerque, NM 87109

TAKE PRIDE® IN AMERICA

Division of Records Management Policies,
Procedures and Training

MAY 08 2008

Memorandum

To: Management Analyst, Office of External Affairs
Office of the Special Trustee for American Indians

From: Director, Office of Trust Records

Subject: Approved Record Move Requests

The Office of Trust Records has approved the Record Move Request for the OST Office of External Affairs, in Albuquerque, New Mexico, to move records to the American Indian Records Repository - Annex in Lenexa, Kansas. Attached are:

1. Original Record Move Request Forms
2. Original Chain of Custody Plans
3. Inventories

Please fax a copy of the FedEx airbills to Ms. Marsha Ruiz at 505-816-1653. If you have any questions, please contact Ms. Theresa Baracker at 505-816-1628.

Attachments

UNITED STATES
DEPARTMENT OF THE INTERIOR

# RECORD MOVE REQUEST
# OFFICE OF TRUST RECORDS APPROVAL

## 1. ORIGINATING RESPONSIBLE OFFICIAL INFORMATION: (Please Print)

| | | | |
|---|---|---|---|
| Date: March 4, 2008 | First Name: **Ofelia** | MI: | Last Name: **Prado** |
| Office: Office of External Affairs | Address: **Office of the Special Trustee for American Indians** **4400 Masthead ST. NE , Albuquerque, NM 87109** | | |
| Originating Responsible Official's Signature: Ofelia Prado | Telephone: **(505) 816-1081** | Fax: **(505) 796-3167** | |

## 2. RECORDS CATEGORY: (Check One)

a. ☒ Inactive Trust Records to the American Indian Records Repository (AIRR)

**NOTE**: Paragraph 19 Cobell Records require Associate Deputy Secretary's approval **DO NOT USE THIS FORM**

b. ☐ Inactive Trust Records within BIA, crossing regional boundaries

c. ☐ Inactive Indian/Non-Trust Records to the AIRR

**CERTIFICATION: I certify that these records and boxes being transferred across regional boundaries or to the American Indian Records Repository (AIRR) are NOT trust records.**

Originating Responsible Official's: Phone #: Signature: Date:

## 3. MOVE AND CHAIN OF CUSTODY PLAN INFORMATION:

a. Address where records are currently located:

**4400 Masthead St. NE**
**Suite 323**
**Albuquerque, NM 87109**

b. Quantity of boxes to be moved: (Attach description, e.g., inventory or box lists)

**32 cubic feet**

c. Schedule or Series Numbers:

TR-6000a-P5 Program Correspondence Files – Official Files

d. Method of Transportation (Identify carrier and attach written chain of custody plan)

**Federal Express**

e. Accession Numbers (To be completed by ORO) K01-08-1103

f. Receiving Office Phone #: **913-825-5566**
Address: **14612 W. 106th Street**
**Lenexa, KS 66215**

g. Responsible Official's Name Receiving Box(es):

**Hope Melius, Records Management Specialist**

## 4. APPROVAL BY OTR: [handwritten initials]

Director, Office of Trust Records signature: [signature] Date: MAY 08 2008

## 5. AIRR DESTINATION CERTIFICATION: I certify all records and boxes have been moved successfully and were accounted for at the intended destination location.

Date Records Received at the AIRR:

AIRR Destination Responsible Official's Signature: Date:

**TO BE COMPLETED BY OTR**

Date Record Move Request Received: APR 28 2008

☑ Chain of Custody Plan ☑ Inventory or Box Lists

IARM Form 4004 Records Retention Instructions: Retain Record Move Request Form and copies of all supporting documentation (Chain of Custody Plan, Inventory/Box List, etc) in accordance with GRS 16, item 2a(2). Revised May 16, 2007.

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

## BOX #13

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Jerry Chavez<br>April 2007 – July 2007 | FY2008 |

## BOX #14

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Jerry Chavez<br>August 2007 – December 2007 | FY2008 |

## BOX #15

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Jerry Chavez<br>January 2008 – April 2008 | FY2008 |

## BOX #16

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Frank Perniciaro<br>October 2006 –December 2006 | FY2008 |

## BOX #17

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Frank Perniciaro<br>January 2007 – March 2007 | FY2008 |

## BOX #18

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Frank Perniciaro<br>January 2007 –March 2007 | FY2008 |

## BOX #19

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Frank Perniciaro<br>March 2007 – June 2007 | FY2008 |

## BOX #20

| File # | File Name | Cutoff |
| --- | --- | --- |
| 1 | Email – Frank Perniciaro<br>April 2007 – June 2007 | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #21

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Frank Perniciaro<br>April 2007 – June 2007 | FY2008 |

# BOX #22

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Frank Perniciaro<br>July 2007 – August 2007 | FY2008 |

# BOX #23

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Frank Perniciaro<br>August 2007 – September 2007 | FY2008 |

# BOX #24

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Frank Perniciaro<br>October 2007 – December 2007 | FY2008 |

# BOX #25

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Frank Perniciaro<br>October 2007 – March 2008 | FY2008 |

# BOX #26

| File # | File Name | Cutoff |
|---|---|---|
| 1 | E-mail – Pat Gerard<br>2005 | FY2008 |

# BOX #27

| File # | File Name | Cutoff |
|---|---|---|
| 1 | E-Mail – Karen Jackson<br>January 2005 – May 2005 | FY2008 |

# BOX #28

| File # | File Name | Cutoff |
|---|---|---|
| 1 | E-Mail – Karen Jackson<br>June 2007 – September 2007 | FY2008 |

# BOX #29

| File # | File Name | Cutoff |
|---|---|---|
| 1 | E-Mail – Karen Jackson<br>June 2005 – September 2005 | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #30

| File # | File Name | Cutoff |
|---|---|---|
| 1 | E-Mail – Karen Jackson<br>October 2005 – June 2006 | FY2008 |

# BOX #31

| File # | File Name | Cutoff |
|---|---|---|
| 1 | MIT – Program Correspondence Files | FY2008 |

# BOX #32

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Clarence Coriz Program Correspondence Files | FY2008 |

# CHAIN OF CUSTODY PLAN

Upon receipt of the approved Record Move Request form, the Responsible Officials at the originating and destination offices will ensure that the following procedures are followed during the transportation and transfer of the records being moved.

## Transporting Records Procedure (Chain of Custody)

1. Records are packed in appropriate storage boxes.
2. Box lists or inventory of records for each box are included inside the first box (box #1).
3. An OTR Accession Number has been furnished by OTR and labeling procedures are followed for movement to the American Indian Records Repository (AIRR).
4. For shipments of 200 boxes or less, ORO will call OTR at 505-816-1620 for shipment instructions and carrier information.
5. For shipments of over 200 boxes, ORO will call OTR at 505-816-1620 for shipment instructions and carrier information.
6. Each box is sealed with tape and boxes are numbered sequentially (e.g. box 1 of 5, box 2 of 5, etc.).

   Number of Boxes: 32 Schedule or Series Number: TR-6000a-P5
7. Check one box only:

   ☒ a. Boxes are taken to (Fed-Ex) pick up location, <u>or</u>;

   ☐ b. (Carrier) is called to pick-up boxes at sender's office.
8. (FedEx) shipment form is completed and provided to carrier personnel.
9. The ORO, Ofelia Prado, will notify the DRO, Hope Melius, at (913) 825-5566 (voice), (913) 825-5575 (fax) when shipment left location and approximate date of arrival at the AIRR.
10. The ORO, Ofelia Prado, retains a copy of the shipment form for tracking purposes in the event that a shipment item is missing.
11. The ORO, Ofelia Prado, contacts the DRO, Hope Melius, at (913) 825-5566 to verify that the records and boxes have been moved successfully and are accounted for at the AIRR.
12. The DRO, Hope Melius, is responsible for certifying the successful move by completing and signing item 5 of the Record Move Request form. ***Within two working days***, the DRO, Hope Melius, must forward ***copies***, via fax, to the ORO, the RRL, and to the Division of Records Management Policies, Procedures and Training at (505) 816-1653.
13. The ORO, Ofelia Prado, and the DRO, Hope Melius, will create and maintain a file to document the records transfer process (by shipment). The Record Move Request form, records inventory, Chain of Custody Plan and other supporting documentation will be maintained IAW GRS 16 item 2a (2).

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #1

| File # | File Name | Cutoff |
|---|---|---|
| 1 | 105 Time and Attendance Folder | FY2008 |
| 2 | 104 Time and Attendance Folder | FY2008 |
| 3 | OST: Regional Trust Admin. Folder | FY2008 |
| 4 | OST: Field Operations folder | FY2008 |
| 5 | OST: OCIO folder | FY2008 |
| 6 | OST: Advisory Bd folder | FY2008 |
| 7 | OEA Performance Plans folder | FY2008 |
| 8 | "To Be" Implementation folder | FY2008 |
| 9 | OST: OLA Secretary folder | FY2008 |
| 10 | Employee Performance Plan and Rpt. "Appraisal" folder | FY2008 |
| 11 | 04 performance Goals folder | FY2008 |
| 12 | Ofelia Prado folder | FY2008 |
| 13 | OEA- Karen Jackson folder | FY2008 |
| 14 | Carrie Moore folder | FY2008 |
| 15 | Trust Tracking and Coordination (Trac) folder | FY2008 |
| 16 | Travel Vouchers :04 | FY2008 |
| 17 | 04/05 Vacancy Ann. Folder | FY2008 |
| 18 | OST: Procedures etc folder | FY2008 |
| 19 | OST: Directives | FY2008 |
| 20 | Clarence Coriz folder | FY2008 |
| 21 | Red folder w/ - Master all handouts from RA meeting 7/03 | FY2008 |
| 22 | FT'S Training folder | FY2008 |
| 23 | OST- SR, MGR, MTG folder | FY2008 |
| 24 | 04 — Training folder | FY2008 |
| 25 | OST — Vacancy RPTS folder | FY2008 |
| 26 | OST — Staffing and Org. chart folder | FY2008 |
| 27 | National museum of the American Indian folder | FY2008 |
| 28 | 04 OAS — Corrective Action Plan folder | FY2008 |
| 29 | OAS — ABC folder | FY2008 |
| 30 | S. 1340 to Amend ILCA! 5.550 folder | FY2008 |
| 31 | Appraiser P0's discuss with Dean folder | FY2008 |
| 32 | OAS personnel folder | FY2008 |
| 33 | External Affairs (Outreach plan) | FY2008 |
| 34 | External Affairs Brochures | FY2008 |
| 35 | Guidance to move records folder | FY2008 |
| 36 | Office of Trust Records folder | FY2008 |
| 37 | EOA: Office of External Affairs folder | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**

TR-6000a-P5 Program Correspondence Files – Official Files

| | | |
|---|---|---|
| 38 | 4 Operations Plan folders for July 8, 2003 | FY2008 |
| 39 | External Affairs '05 budget/ '04 budget/'03 folder | FY2008 |
| 40 | WEP: External Affairs folder | FY2008 |
| 41 | OEA - ABC folder | FY2008 |
| 42 | '03: Training folder | FY2008 |
| 43 | External Affairs: Daily/Moving RPT's folder | FY2008 |
| 44 | P. Gerard: FY '03 travel folder | FY2008 |
| 45 | P. Gerard: FY '04 travel folder | FY2008 |
| 46 | OEA position descriptions folder | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX#2

| File # | File Name | Cutoff |
|---|---|---|
| 1 | NCAI — Pat Gerard stuff, magazines, flyers, and brochures folder | FY2008 |
| 2 | NCAI 2003 601h Annual session Alb, NM<br>o National Congress of American Indians Resolution #ABQO3-001 - #ABQO3-134 folder | FY2008 |
| 3 | Tribal Self-Governance 2002 Annual Report to Congress folder | FY2008 |
| 4 | Quarterly Report — 19 Appraisals folder | FY2008 |
| 5 | April 1 — June 30, 2003 — 14th report to the Court folder | FY2008 |
| 6 | Quarterly Report 18 folder | FY2008 |
| 7 | Quarterly Report 17 folder | FY2008 |
| 8 | Q4arterly Report 16 folder | FY2008 |
| 9 | 15th report to the Court folder | FY2008 |
| 10 | OAS 13th quarterly report | FY2008 |
| 11 | OST- Office of Appraisal Services Quarterly Report (12) Oct. 1 — Dec. 31, 2002 | FY2008 |
| 12 | Training packets, power point print outs | FY2008 |
| 13 | Pat Gerard OST Acquisition Training Conference notebook | FY2008 |
| 14 | Herd v. Asarco Document Productions folder | FY2008 |
| 15 | Management Accountability and Control folder<br>o OST- OAS meeting Phoenix, AZ November19-20, 2002 | FY2008 |
| 16 | Rocky Mountain — Proposed move folder | FY2008 |
| 17 | OST Tribal consultation on Appraisal Consolidation Las Vegas, Nevada 10-28-03 (AM and PM Sessions) | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #3

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Indian Trust Reform act of 2005 — Introduced July 20, 2005 folder | FY2008 |
| 2 | Fiduciary Trust Model FY 05 folder | FY2008 |
| 3 | American Indian Probate Reform Act 2004 folder | FY2008 |
| 4 | Quinault folder | FY2008 |
| 5 | Management Information Team communications folder | FY2008 |
| 6 | MIT — communications FY05 — FY06 folder | FY2008 |
| 7 | Management Initiative team communications Team folder | FY2008 |
| 8 | OEA — Weekly Status 2005 folder | FY2008 |
| 9 | Old Fiduciary Trust Officers (FTO list) folder | FY2008 |
| 10 | ABCM activities folder | FY2008 |
| 11 | Performance Measures folder | FY2008 |
| 12 | Quarterly Metrics: OEA folder | FY2008 |
| 13 | Strategic Plan, performance ,,,measures folder | FY2008 |
| 14 | ABC/M output date — OEA | FY2008 |
| 15 | Gallup Q12 results - OEA folder | FY2008 |
| 16 | Tribal Withdrawals folder | FY2008 |
| 17 | History of OST folder | FY2008 |
| 18 | Field request OST promo items folder | FY2008 |
| 19 | OST slide presentations outreach folder | FY2008 |
| 20 | OEA: travel folder (OST due) | FY2008 |
| 21 | OEA: 2 positions folder | FY2008 |
| 22 | F Calendar info folder | FY2008 |
| 23 | 109th Congress folder | FY2008 |
| 24 | MIT Inherently Federal folder | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #4

| File # | File Name | Cutoff |
|---|---|---|
| 1 | OTR — Procedures Impt. Memos folder | FY2008 |
| 2 | Local Rule 5.I(h)(2) memo with article | FY2008 |
| 3 | Tickler — OAS folder | FY2008 |
| 4 | National Tribal Self-Governance Advocacy plan for the Bush administration and the 108th Congress Updated Aug. 2003 folder | FY2008 |
| 5 | Evaluation of the appraisal organization of the USDA forest service March 28, 2000 folder | FY2008 |
| 6 | Evaluation of the appraisal organization of the office of special trustee for American Indians, office of appraisal services August 29, 2003 folder, plus a copy | FY2008 |
| 7 | Quality Service Survey folder | FY2008 |
| 8 | FY 05:25 CFR Part 1200 Proposed Revisions folder | FY2008 |
| 9 | Court Order — communication 09/29/04 folder | FY2008 |
| 10 | 638 Appraisals MOU/Security Clearances folder | FY2008 |
| 11 | OST Office of External Affairs Goals and Objectives — FY05 (OLA FY05 Activities) folder | FY2008 |
| 12 | Self Governance Compact Training 12/14 — 15/2004 folder | FY2008 |
| 13 | NBC OAS Management issues folder | FY2008 |
| 14 | FY05: Appraisals Secretarial Order folder | FY2008 |
| 15 | NCAI 10/30 — 11/4/05 Tulsa, OK folder | FY2008 |
| 16 | ITMA 10/11-13/05 Las Vegas, NV folder | FY2008 |
| 17 | Compacts/Contractors master file folder | FY2008 |
| 18 | Self Governance Fall 04 folder<br>o Self-Governance Seattle, WA Nov 8-12, 2004 folder<br>o California Trust Reform Consortium & Pacific Regional Office (November, 2004) folder | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX#5

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Self Governance/638 Appraisal Info folder (NOTES) | FY2008 |
| 2 | Procedures, Policies, etc. OAS folder | FY2008 |
| 3 | performance Plan (Preston P. Smith) | FY2008 |
| 4 | Email folder | FY2008 |
| 5 | April/May 2003 emails folder. | FY2008 |
| 6 | June '03 email folder | FY2008 |
| 7 | July '03 email folder | FY2008 |
| 8 | August '03 email folder | FY2008 |
| 9 | September '03 email folder | FY2008 |
| 10 | October '03 email folder (Pat Gerard) | FY2008 |
| 11 | November '03 email folder (Pat Gerard) | FY2008 |
| 12 | December '03 email folder (Pat Gerard) | FY2008 |
| 13 | FY04: January emails folder | FY2008 |
| 14 | FY04: February email folder | FY2008 |
| 15 | FY04: March email folder | FY2008 |
| 16 | FY04: April email folder | FY2008 |
| 17 | FY04: May email folder | FY2008 |
| 18 | FY04: July email folder | FY2008 |
| 19 | FY04: August emails folder | FY2008 |
| 20 | FY04: September email folder | FY2008 |
| 21 | Compacts/Contracts 93-638 folder | FY2008 |
| 22 | NCAI — Albuquerque, NM OST Exhibit Booth Nov. 16-21, 2003 folder | FY2008 |
| 23 | NCAI Ft Lauderdale, FL Oct. 10-15, 2004 folder | FY2008 |

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6000a-P5 Program Correspondence Files – Official Files

# BOX #6

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Pat Gerard's emails Oct. *2005* — March 2006 *(* folders) | FY2008 |

# BOX #7

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>May 2005 – August 2005 | FY2008 |

# BOX #8

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>September 2005 – December 2005 | FY2008 |

# BOX #9

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>January 2006 – April 2006 | FY2008 |

# BOX #10

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>May 2006 –July 2006 | FY2008 |

# BOX #11

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>August 2006 – December 2006 | FY2008 |

# BOX #12

| File # | File Name | Cutoff |
|---|---|---|
| 1 | Email – Jerry Chavez<br>January 2007 –March 2007 | FY2008 |