# EXHIBIT HF5

UNITED STATES
DEPARTMENT OF THE INTERIOR

**RECORD MOVE REQUEST**
**OFFICE OF TRUST RECORDS APPROVAL**

**1. ORIGINATING RESPONSIBLE OFFICIAL INFORMATION: (Please Print)**

| | | | |
|---|---|---|---|
| Date: March 4, 2008 | First Name: **Ofelia** | MI: | Last Name: **Prado** |
| Office: Office of External Affairs | Address: **Office of the Special Trustee for American Indians** **4400 Masthead ST. NE , Albuquerque, NM 87109** | | |
| Originating Responsible Official's Signature: | Telephone: **(505) 816-1081** | | Fax: **(505) 796-3167** |

**2. RECORDS CATEGORY: (Check One)**

a. ☒ Inactive Trust Records to the American Indian Records Repository (AIRR)

**NOTE**: Paragraph 19 Cobell Records require Associate Deputy Secretary's approval **DO NOT USE THIS FORM**

b. ☐ Inactive Trust Records within BIA, crossing regional boundaries

c. ☐ Inactive Indian/Non-Trust Records to the AIRR

**CERTIFICATION: I certify that these records and boxes being transferred across regional boundaries or to the American Indian Records Repository (AIRR) are NOT trust records.**

Originating Responsible Official's: Phone #: Signature: Date:

**3. MOVE AND CHAIN OF CUSTODY PLAN INFORMATION:**

| | |
|---|---|
| a. Address where records are currently located: **4400 Masthead St. NE** **Suite 323** **Albuquerque, NM 87109** | b. Quantity of boxes to be moved: (Attach description, e.g., inventory or box lists) **1 cubic feet** |
| c. Schedule or Series Numbers: TR-6003-P2 PL 93-638 Compact/Contract and Trust Program Files | d. Method of Transportation (Identify carrier and attach written chain of custody plan) **Federal Express** |
| e. Accession Numbers (To be completed by ORO) K01-08-1102 | |
| f. Receiving Office Phone #: **913-825-5566** Address: **14612 W. 106th Street** **Lenexa, KS 66215** | g. Responsible Official's Name Receiving Box(es): **Hope Melius, Records Management Specialist** |

**4. APPROVAL BY OTR:**

Director, Office of Trust Records signature: Date: **MAY 0 8 2008**

**5. AIRR DESTINATION CERTIFICATION: I certify all records and boxes have been moved successfully and were accounted for at the intended destination location.**

Date Records Received at the AIRR: 5-12-2008

AIRR Destination Responsible Official's Signature: Date: 5-12-2008

RECEIVED

**TO BE COMPLETED BY OTR**

Date Record Move Request Received: MAY 2 0 2008 **APR 2 8 2008**

☑ Chain of Custody Plan ☑ Inventory or Box Lists

OST / OTR
Division of Records Management
Policies, Procedures and Training

IARM Form 4004 Records Retention Instructions: Retain Record Move Request Form and copies of all supporting documentation (Chain of Custody Plan, Inventory/Box List, etc) in accordance with GRS 16, item 2a(2). Revised May 16, 2007

# CHAIN OF CUSTODY PLAN

Upon receipt of the approved Record Move Request form, the Responsible Officials at the originating and destination offices will ensure that the following procedures are followed during the transportation and transfer of the records being moved.

## Transporting Records Procedure (Chain of Custody)

1. Records are packed in appropriate storage boxes.

2. Box lists or inventory of records for each box are included inside the first box (box #1).

3. An OTR Accession Number has been furnished by OTR and labeling procedures are followed for movement to the American Indian Records Repository (AIRR).

4. For shipments of 200 boxes or less, ORO will call OTR at 505-816-1620 for shipment instructions and carrier information.

5. For shipments of over 200 boxes, ORO will call OTR at 505-816-1620 for shipment instructions and carrier information.

6. Each box is sealed with tape and boxes are numbered sequentially (e.g. box 1 of 5, box 2 of 5, etc.).

   Number of Boxes: 1 Schedule or Series Number: TR-6003-P2

7. Check one box only:

   ☒ a. Boxes are taken to (Fed-Ex) pick up location, <u>or</u>;

   ☐ b. (Carrier) is called to pick-up boxes at sender's office.

8. (FedEx) shipment form is completed and provided to carrier personnel.

9. The ORO, Ofelia Prado, (item 1 of form) will notify the DRO, Hope Melius, at (913) 825-5566 (voice), (913) 825-5575 (fax) when shipment left location and approximate date of arrival at the AIRR.

10. The ORO, Ofelia Prado, (item 1 of form) retains a copy of the shipment form for tracking purposes in the event that a shipment item is missing.

11. The ORO, Ofelia Prado, contacts the DRO, Hope Melius, at (913) 825-5566 to verify that the records and boxes have been moved successfully and are accounted for at the AIRR.

12. The DRO, Hope Melius, is responsible for certifying the successful move by completing and signing item 5 of the Record Move Request form. ***Within two working days***, the DRO, Hope Melius, must forward ***copies***, via fax, to the ORO, the RRL, and to the Division of Records Management Policies, Procedures and Training at (505) 816-1653.

13. The ORO, Ofelia Prado, and the DRO, Hope Melius, will create and maintain a file to document the records transfer process (by shipment). The Record Move Request form, records inventory, Chain of Custody Plan and other supporting documentation will be maintained IAW GRS 16 item 2a (2).

**Office of the Special Trustee for American Indians**
**Office of External Affairs**
TR-6003-P2 PL 93-638 Compact/Contract and Trust Program Files

# BOX #1

| File # | File Name | Cutoff |
|---|---|---|
| 1 | FY 2002 Annual Funding Agreements folder | FY2008 |
| 2 | Tribal Compacts/Contracts for Appraisals under PL 93-638 FY 2002 folder | FY2008 |
| 3 | Office of the Special Trustee for American Indians- MIT communications Team folder<br>Red and Blue folder (Communications Team Meeting)<br>Revised Agenda —April 13, 2004 *North* Penthouse MIB | FY2008 |
| 4 | OAS Self Governance Issues | FY2008 |
| 5 | OST — Investments Folder | FY2008 |
| 6 | OST Tribal 638 Appraisal IIM folder | FY2008 |
| 7 | 638 Tribes/Budget (638 master) folder | FY2008 |
| 8 | FY05: 638 Contract folder | FY2008 |
| 9 | Appraisals and the 638 process folder | FY2008 |
| 10 | 2003 Self Governance draft guidance for negotiating annual funding folder | FY2008 |
| 11 | 2003 tribal Self-Governance Department of Health & Human Services and Department of the Interior Fall Conference Oct. 6- 10, 2003 Palms Springs, California | FY2008 |
| 12 | Self Governance folder | FY2008 |
| 13 | Chain of Custody folder (2 disk) | FY2008 |
| 14 | Appraisal handbook (52 BIAM) folder | FY2008 |