# EXHIBIT HF6

Lee Frazier

07/31/2008 12:22 PM
To: OST_OEA
cc:
Subject: Records Retention

Just a reminder that, per Court order, all records pertaining to the following tribes must be preserved and cannot be moved to another location -- this prohibition includes shipments to AIRR:

1. Swinomish Indian Tribal Community
2. Navajo Nation
3. Round Valley Indian Tribes
4. Kaw Nation
5. Quechan Tribe of the Ft. Yuma Indian Reservation
6. Jicarilla Apache
7. Pueblo of Laguna

Also, until advised otherwise by the acting Director of OEA, there will be no shipments of documents to AIRR without written authorization from the acting Director.

Please call me if you have any questions.

Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ-Ξ

Lee Frazier
Acting Director
Office of the Special Trustee -- Office of External Affairs
MIB 5150 -- Washington, DC
lee_frazier@ost.doi.gov
Office: (202) 208-7587
Fax: (202) 208-7545
Cell: (202) 368-5104
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Warning: This email (and any attachments) may contain Privacy Act Data/Sensitive Data which is intended only for the use of the individual(s) to whom it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~