# EXHIBIT HF7

OST Sender/OST/OS/DOI

07/31/2008 10:20 AM To
OST_All
cc
Subject
Records Retention and non destruction Orders

SUPERVISORS: PLEASE ENSURE THAT EVERY EMPLOYEE WITHOUT E-MAIL RECEIVES A HARD COPY OF THIS E-MAIL.

COTR'S: PLEASE ENSURE THAT EVERY CONTRACT EMPLOYEE WITHOUT E-MAIL RECEIVES A HARD COPY OF THIS E-MAIL.

PRINT AND POST THE BELOW REMINDER AT ALL RECORDS LOCATIONS

*IMPORTANT REMINDER*

*YOU ARE UNDER A COURT ORDER NOT TO MOVE:

Records or non-records related to the following Tribes:

This includes:
"Documents, data, and tangible things"

(This includes: to other offices, to the AIRR, etc.)

IF YOU HAVE QUESTIONS PLEASE ASK FIRST!

1. Swinomish Indian Tribal Community
2. Navajo Nation
3. Round Valley Indian Tribes
4. Kaw Nation
5. Quechan Tribe of the Ft. Yuma Indian Reservation
6. Jicarilla Apache
7. Pueblo of Laguna

PRINT AND POST THE ABOVE REMINDER AT ALL RECORDS LOCATIONS

* Important Reminder *

All Indian Fiduciary Trust Records (even those considered temporary) must be preserved and cannot be destroyed.

In addition to "records" all "Relevant Information" must also be preserved. Relevant information includes "Documents, data, and tangible things" that contain information that is relevant to, or may reasonably lead to the discovery of information that is relevant to the subject matter of the pending litigation. Please consider "information that is relevant to the subject matter of the pending litigation" to include very broadly, any information about those tribes' assets, whether trust funds or other types of assets.

"The Tribal Trust cases concern the management and accounting of tribal resources and funds held in trust by the Department. Accordingly, information that is or may be relevant to these cases includes, without limitation, anything reflecting, referring or relating to:

1. any asset, such as funds, land, minerals, forestry, sand and gravel, or other resources, that is, or at any time has been, held in trust by the United States or its agents for Tribes or Indian groups ("trust asset");
2. policies, procedures, guidelines, or correspondence relating to any aspect of the management or administration of trust assets;
3. proceeds, interest, or income from trust assets; or disbursement, distribution, disposition or transfer of any trust assets;
4. reports, appraisals, reconciliations, or evaluations of any trust assets; and
5. information that serves to identify, locate, or link any relevant information, such as file inventories, file folders, and indices."

Every staff member (Federal employee, contractor or volunteer) is personally responsible to the Court for preservation of these records and relevant information.

This also covers the preservation (including backup) of Electronically Stored Information or "ESI".

You may be held personally responsible for even the accidental destruction of this information.

In addition, appropriate disciplinary (adverse) action, up to and including termination, may be levied against the employee for destruction, (even accidentally), of Indian Fiduciary Trust Records or Relevant Information including ESI.

If you aware of, or witness the destruction of Indian Fiduciary Trust Records or Relevant Information, contact your Office

Point-of-Contact, (POC) for Records Retention or the OST Records Retention Order Compliance Coordinator at (505) 816-1467, immediately.

This message is sent from an automated sender. Please direct any replies or calls to the person or organization noted at the end of the message.

Thank you!!

Warning: This email may contain Privacy Act Data/Sensitive Data which is intended only for the use of the individual(s) to whom it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited.