# In The United States Court of Federal Claims

No. 06-934L

(Filed: December 16, 2009)

_____

THE KAW NATION OF OKLAHOMA,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

A status conference will be held in this case at 2:00 p.m. (EST) on Tuesday, January 26, 2010, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W. Washington, DC  20005, in courtroom #4.  Counsel participating by video conference shall make all arrangements and shall be responsible for all expenses associated with the video conference.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge