# In The United States Court of Federal Claims

No. 06-934L

(Filed:  February 1, 2011)

_____

THE KAW NATION OF OKLAHOMA,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records.  Defendant is hereby relieved of this reporting requirement.

      **IT IS SO ORDERED**.


                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge