# In The United States Court of Federal Claims

No.  06-934L

(Filed:  July 15, 2011)

_____

THE KAW NATION OF OKLAHOMA,

                        Plaintiff,

        v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held on Tuesday, July 19, 2011, at 11:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge