# In The United States Court of Federal Claims

No. 06-934L

(Filed: July 19, 2011)

_____

THE KAW NATION OF OKLAHOMA,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 19, 2011, a status conference was held in this case. Participating in this conference were Mr. Kennis M. Bellmard, II, for plaintiff, and Mr. Terry M. Petrie, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before July 27, 2011, the parties shall file a joint stipulation addressing whether the United States District Court for Western District of Oklahoma complaint or the United States Court of Federal Claims complaint was filed first;

2. On or before August 22, 2011, plaintiff shall file its response to defendant's motion to dismiss; and

3. On or before September 16, 2011, defendant shall file its reply in support of its motion to dismiss.

**IT IS SO ORDERED**.

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge