# In The United States Court of Federal Claims

No.  06-934L

(Filed:  September 28, 2011)

_____

THE KAW NATION OF OKLAHOMA,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss will be held in this case on Wednesday, October 26, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED**.


s/ Francis M. Allegra          
Francis M. Allegra
Judge