# In The United States Court of Federal Claims

No. 06-934L

(Filed: March 2, 2012)

_____

THE KAW NATION OF OKLAHOMA,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ERRATA**

_____

Please substitute the following in the opinion filed on February 29, 2012, in the above captioned action:

On page 18, in the first full paragraph, the word "their" in the sentence starting with "The legislative history suggests…" should be changed to "its."

**IT IS SO ORDERED**.

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge