# In The United States Court of Federal Claims

No. 06-934L

(Filed: July 16, 2012)

_____

THE KAW NATION OF OKLAHOMA,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 11, 2012, the parties filed a joint status report, indicating that they were close to settlement. Accordingly, the court hereby orders the following:

1. The parties shall file a joint status report regarding their progress towards a settlement on or before September 12, 2012, and every 63 days thereafter; and

2. The parties are hereby relieved from the court's January 25, 2008 order requiring status reports every 91 days.

**IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge